IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00029-ZLW-KLM

PATRICIA TELLEEN,

    Plaintiff,

v.

LIFE INSURANCE COMPANY OF NORTH AMERICA, individually and
d/b/a CIGNA GROUP INSURANCE, and
d/b/a CIGNA CORPORATION,

    Defendant(s).
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Unopposed Motion to Amend Scheduling Order** [Docket No. 18; Filed July 15, 2009] (the "Motion"). As a preliminary matter, while Plaintiff generally conferred with Defendant regarding the proposed relief, I find that Plaintiff's attempt to confer does not satisfy the spirit and purpose of D.C. Colo. L. Civ. R. 7.1(A) in that Plaintiff is unaware whether Defendant opposes the length of the proposed extensions. Nevertheless, given that the proposed extensions appear to be reasonable,

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Scheduling Order entered on March 10, 2009 [Docket No. 14], and amended on May 8, 2009 [Docket No. 17], is modified to extend the following deadlines:

| | |
|---|---|
| • Pleading Amendment Deadline | **September 1, 2009** |
| • Expert Witness Designation Deadline | **September 15, 2009** |
| • Rebuttal Expert Witness Designation Deadline | **October 16, 2009** |
| • Discovery Cut-Off Deadline | **November 16, 2009** |
| • Dispositive Motions Deadline | **December 16, 2009** |

Dated: July 20, 2009