IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00029-ZLW-KLM

PATRICIA TELLEEN,

    Plaintiff,

v.

LIFE INSURANCE COMPANY OF NORTH AMERICA, individually and
d/b/a CIGNA GROUP INSURANCE, and
d/b/a CIGNA CORPORATION,

    Defendant(s).

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Defendant's **Unopposed Motion for Entry of Stipulated Protective Order** [Docket No. 21; Filed August 10, 2009] ("Motion No. 21") and **Unopposed Motion to Vacate Settlement Conference** [Docket No. 22; Filed August 10, 2009] ("Motion No. 22").

IT IS HEREBY **ORDERED** that Motion No. 21 is **GRANTED**.

IT IS FURTHER **ORDERED** that the Stipulated Protective Order is accepted for filing and entered as a order of the Court as of today's date.

IT IS HEREBY **ORDERED** that Motion No. 22 is **GRANTED**. The Settlement Conference set for August 24, 2009 is **vacated** and will be reset upon joint motion of the parties.

Dated: August 11, 2009