IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 09-cv-00029-ZLW-KLM

PATRICIA TELLEEN,

    Plaintiff,

v.

LIFE INSURANCE COMPANY OF NORTH AMERICA, individually and
d/b/a CIGNA GROUP INSURANCE, and
d/b/a CIGNA CORPORATION,

    Defendants.

## ORDER

    It is ORDERED that Plaintiff's Unopposed Motion To Amend Complaint (Doc. No. 26) is granted.  It is

    FURTHER ORDERED that Plaintiff's Amended Complaint And Jury Demand (Doc. No. 27) is accepted for filing.

    DATED at Denver, Colorado this  1st  day of September, 2009.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court